No. 83–1890.   McKEEL ET AL. v. ISLAMIC REPUBLIC OF IRAN ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–1891.   JANNOTTI v. UNITED STATES; and
No. 83–1892.   SCHWARTZ v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.   Reported below: 729 F. 2d 213.

No. 83–2000.   AWECO, INC., ET AL. v. UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 83–2005.   ZWEIBON ET AL. v. MITCHELL.   C. A. D. C. Cir.   Certiorari denied.

No. 83–2010.   GUTMAN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 83–2018.   RUIZ v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 83–2085.   CHAMPEAU v. OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 83–2134.   BOCKOVEN ET AL. v. MARSH, SECRETARY OF THE ARMY, ET AL.; and
No. 83–6876.   GELBER v. MARSH, SECRETARY OF THE ARMY. C. A. Fed. Cir.   Certiorari denied.   Reported below: 727 F. 2d 1558.

No. 83–2162.   BELLAND ET AL. v. PENSION BENEFIT GUARANTY CORPORATION.   C. A. D. C. Cir.   Certiorari denied.

No. 83–2164.   ANGLETON ET AL. v. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL.   C. A. 3d Cir. Certiorari denied.

No. 83–6666.   BECK v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–6793.   ARMON v. JONES ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–6922.   FLY ET VIR v. CELLA ET AL.   C. A. 8th Cir. Certiorari denied.